UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                               CASE NO. 07 B 19462
    RUBY B CHIVERS
                                     CHAPTER 13

                                     JUDGE: JACK B SCHMETTERER


          Debtor
    SSN XXX-XX-3915
```

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 10/19/2007 and was confirmed 12/05/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 11/26/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PEOPLES GAS LIGHT & COKE | UNSECURED | 910.93 | .00 | .00 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| ALLSTATE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL SV | UNSECURED | 9505.35 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 165.78 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 9459.99 | .00 | .00 |
| CREDIT PROTECTION | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST MEDICAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SEPTIC REMEDY | UNSECURED | NOT FILED | .00 | .00 |
| WFFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL SV | SECURED NOT I | .00 | .00 | .00 |
| RJM AQUISITIONS FUNDING | UNSECURED | 144.30 | .00 | .00 |
| WASHINGTON MUTUAL BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | 106.66 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 10.50 | .00 | 10.50 |
| CITY OF CHICAGO PARKING | FILED LATE | 575.00 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,500.00 | | 2,926.08 |
| TOM VAUGHN | TRUSTEE | | | 235.02 |
| DEBTOR REFUND | REFUND | | | .00 |

             Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
--------------------------------------------------------------------------
| TRUSTEE | 3,171.60 | |
| | | |
| PRIORITY | | 10.50 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,926.08 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 07 B 19462 RUBY B CHIVERS

```
TRUSTEE COMPENSATION                                    235.02
DEBTOR REFUND                                             .00
                        ---------------        ---------------
TOTALS                        3,171.60               3,171.60
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn

Dated: 02/25/09             _____

                            TOM VAUGHN
                            CHAPTER 13 TRUSTEE